

In the Eastern District US Court

Justin Farish,
      Pro SE Cousel

V.

United States of America

Motion to Dismiss All charges

1) The Petitioner, Justin Farish, so moves the

honorable Court to Dismiss All charges

because he was not on his Mental medication

at time of Questioning. (their cases overturned

Richardson V. Miller ~~ F3d (1983)

2) This is Entrapement because he was honestly

lead to believe she was of age. I so move this

Court to Dismiss (SEE PENN V. SMYTH & NOONEY V. HOLOHAN

3) The alleged victim knowly perjured her testimony

lying about age & Details of her confession and

Details of said case. (See: Mooney V. Holohan

294 US 103,112 (1935) 55 S.Ct 340, 79L Ed 791

98 ALR 406

PeNN V. Smyth; 188 VA 367 (1948) 4 SE 2nd 600

Hill v. Mc Mackin; 893 F.2d 810 (1989)

People V. Brown Jan 2010 Cal. APP. B211202 &
(cal app 1/25/10)
B211202 Jan 25, 2010

"Deliberate Deception of A court and Jurors by

the presentation of known false Evidence is incompatible

with "Rudimentary demands of Justice" Perjured
Testimony cannot be used to sustain Anothers

conviction

4.) The F.B.I. / Homeland Security & District Attorney is

Knowingly using doctored and perjured testimony from

alleged victim, they also said the questioning

was on camera, now just claim audio

5) Ineffective Assistance, Biased and careless Counsel

(Kristen R. Kmet).

She seemed to advocate for the alleged victim and

her mother;

Commented Early on "we have to make sure

you serve Enough time to learn not to do it again!";

Also trying to Force Plea before reviewing any

Evidence.

See Micheal Scott Porter V. United States

(March 20, 2018). Defendant lawyer was (Kirsten R. Kmet).

It' envolved a special Education teacher in Elementary

that had worse charges started with 8 dropped

7 (including contact and production) with his

special needs students (sexual) His age was

51, Case dropped to possesion-1 count plea, only

got 5 years 1 month *she argued in court papers

"Sentence in 8-10 year range would be unecessary

harsh." Sentence well below Fed guidelines by

8-10 years

I request this,
Justin Farish